# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| **SAMMY STANLEY,** | **JUDGMENT IN A CIVIL CASE** |
| **Petitioner,** | |
| v. | 08-cv-164-bbc |
| **JODINE DEPPISCH, Warden,** | |
| **Fox Lake Correctional Institution,** | |
| **Respondent.** | |

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

that the petition of Sammy Stanley for a writ of habeas corpus pursuant to 28 U.S.C. §2254 is DENIED.

**PETER A. OPPENEER**
_____
**Peter A. Oppeneer, Clerk**

**Connie A. Korth**                                       **1/9/09**
_____    _____
**by Deputy Clerk**                                        **Date**